**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Lon Smith, et al., | ) | No. CV-12-1209-PHX-SMM |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| Keystone RV Co. et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 23.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday, March 18, 2013 at 3:30 p.m.**

DATED this 4th day of March, 2013.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
Senior United States District Judge